UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff,

-against-

Christopher Ballentine,

                Defendant.

7:22-MJ-6818(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on August 19, 2022, accepted the defendant's plea of guilty to a charge of violating 38 C.F.R.1.218(a)(5) Creating a Disturbance at a VA Facility, in full satisfaction of the Misdemeanor Complaint filed on August 19, 2022, it is,

ORDERED, ADJUDGED AND DECREED: That the Defendant pay a fine in the amount of $100.00.

Dated: Sept 6, 2022
Poughkeepsie, N.Y.

SO ORDERED:

Hon. Martin R. Goldberg
United States Magistrate Judge